IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOL GARCIA,

        Plaintiff,                      No. CIV S-04-1927 FCD GGH P

    vs.

K. PROSPER, et al.,

        Defendants.

_____/      ORDER

        Plaintiff is a state prisoner proceeding pro se. On March 29, 2005, the court issued an order addressing the amended complaint filed February 7, 2005. The court found that the amended complaint stated a colorable claim for relief as to defendant Pompey. The court dismissed the claims against defendants Prosper and Baron with thirty days to file a second amended complaint. Thirty days passed and plaintiff did not file a second amended complaint. Accordingly, the court now orders service of the amended complaint as to defendant Pompey only.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendant: Pompey.

        2. The Clerk of the Court shall send plaintiff 1 USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed February 7, 2005.

1

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Two copies of the endorsed amended complaint filed February 7, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 6/9/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
gar1927.srv

```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  SOL GARCIA,
11         Plaintiff,                    No. CIV S-04-1927 FCD GGH P
12      vs.
13  K. PROSPER, et al.,                  NOTICE OF SUBMISSION
14         Defendants.                   OF DOCUMENTS
15  _____/
16         Plaintiff hereby submits the following documents in compliance with the court's
17  order filed _____:
18          1      completed summons form
19          1      completed USM-285 forms
20          2      copies of the _____
                                  Complaint/Amended Complaint
21  DATED:
22
23                                       _____
24                                       Plaintiff
25
26
```