IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOL GARCIA,

      Plaintiff,                      No. CIV S-04-1927 FCD GGH P

   vs.

K. PROSPER, et al.,

      Defendants.              <u>ORDER</u>

_____/

       On July 6, 2005, plaintiff filed a request for a USM-285 form for defendant Hansen. This action is proceeding on the amended complaint filed February 7, 2005, which does not name Hansen as a defendant.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's July 6, 2005, request for a USM-285 form is denied.

DATED: 7/21/05

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

ggh:kj
gar1927.ord

1