IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOL GARCIA,

        Plaintiff,                  No. CIV S-04-1927 FCD GGH P

   vs.

K. PROSPER, et al.

        Defendants.         ORDER

_____/

       Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       On July 18, 2005, the court ordered the United States Marshal to serve the February 7, 2005 amended complaint on defendants. Process directed to defendant Pompey was returned unserved because "unable to locate def." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed February 7, 2005;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed amended complaint filed February 7, 2005; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: 12/7/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
garc1927.8e

|   |   |
|---|---|
| 1 |   |
| 2 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOL GARCIA,

     Plaintiff,                     No. CIV S-04-1927 FCD GGH P

     vs.

K. PROSPER, et al.,

     Defendants.                 NOTICE OF SUBMISSION

_____/            OF DOCUMENTS

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       __One__      completed summons form

       __One__      completed USM-285 form

       __Two__      copies of the __February 7, 2005__
                                                Amended Complaint

DATED:

                                                       _____
                                                       Plaintiff