IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOL GARCIA,

       Plaintiff,                  No. CIV S-04-1927 FCD GGH P

   vs.

K. PROSPER, et al.,

       Defendants.         <u>ORDER</u>

_____/

       On July 18, 2005, the court ordered the U.S. Marshal to serve process on defendant Pompey. Plaintiff's completed USM-285 form stated that defendant Pompey was located at Susanville State Penitentiary.

       On October 20, 2005, service was returned unexecuted. The returned USM-285 form stated that the U.S. Marshal was informed that defendant was now employed at the California Institution for Women (CIW). Accordingly, the U.S. Marshal forwarded the forms for service to CIW. Prison officials at CIW returned the forms to the U.S. Marshal stating that defendant was no longer employed there. The U.S. Marshal then asked the CDC Locator to search their records for defendant's location. The CDC Locator informed the U.S. Marshal that it could not locate defendant Pompey.

/////

On December 7, 2005, the court granted plaintiff sixty days to provide additional information for service of defendant Pompey.  On January 25, 2006, plaintiff submitted a new USM-285 form which again identified defendant as being located at Susanville State Prison.  On February 16, 2006, the court again ordered the U.S. Marshal to serve defendant Pompey.  On March 31, 2006, service was again returned unexecuted.

For the reasons discussed above, it does not appear that service of defendant Pompey is possible.  Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, plaintiff shall show cause why this action should not be dismissed because defendant Pompey cannot be served.

DATED: 5/2/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
gar1927.ord