IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOL GARCIA,

       Plaintiff,                    No. CIV S-04-1927 FCD GGH P

    vs.

K. PROSPER, et al.,

       Defendants.             <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file his objections to the June 29, 2006 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's July 19, 2006 application for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file his objections to the June 29, 2006 findings and recommendations.

DATED:  7/26/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
garc1927.36