1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SOL GARCIA,

11            Plaintiff,                    No. CIV S-04-1927 FCD GGH P

12        vs.

13   K. PROSPER, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On June 29, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within twenty days.  On July 27, 2006,

22   plaintiff was granted an extension of time, in which to file his objections.  Plaintiff has filed

23   objections to the findings and recommendations.

24            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25   72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the

26   entire file, the court finds the findings and recommendations to be supported by the record and

1

1  by proper analysis.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1.  The findings and recommendations filed June 29, 2006, are adopted in full;

4  and

5          2.  This action is dismissed without prejudice.

6   DATED: November 15, 2006

7

8

9  _____
   FRANK C. DAMRELL, JR.

10          UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26