UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| SOL G. GARCIA,<br><br>     Plaintiff - Appellant,<br><br>v.<br><br>G. HANSEN; et al.,<br><br>     Defendants - Appellees. | No. 06-17284<br>D.C. No. CV-04-01927-<br>FCD/GGH<br><br><br><br>ORDER |

This appeal has been taken in good faith   [✓]

This appeal is not taken in good faith   [ ]

Explanation: _explores the issue of how much investigation a district court must perform on behalf of an incarcerated plaintiff._

GREGORY G. HOLLOWS
Judge
United States District Court

Date: Jan. 2, 2007